UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MICHAEL DARNEL BRANTLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:22-CV-168-KAC-JEM |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CLOSING CASE

Before the Court is the Parties' "Joint Motion to Dismiss Defendant Equifax Information Services, LLC with Prejudice" [Doc. 27]. On September 14, 2022, the Parties filed a joint motion signed by all Parties remaining in this case to "dismiss[] [] all claims against" Defendant Equifax "with prejudice" "pursuant to Federal Rule of Civil Procedure, 41" "[i]n light of the settlement" between them [*Id.* at 1].

The Federal Rules of Civil Procedure provide two distinct procedures for dismissal that are relevant here. ***First***, under Rule 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." "Rule 41(a)(1)(A)(ii) orders, generally speaking are 'self-executing' and do 'not require judicial approval.'" *Exact Software N. Am., Inc. v. DeMoisey*, 718 F.3d 535, 540 (6th Cir. 2013) (quoting *Green v. Nevers*, 111 F.3d 1295, 1301 (6th Cir. 1997)). ***Second***, under Rule 41(a)(2), "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

Here, the Parties have satisfied the requirements for dismissal under Rule 41(a)(1)(A)(ii) [*See* Doc. 27]. As such, the Parties' stipulation of dismissal with prejudice was effective on

September 14, 2022 when filed, and no order from this Court is required.  *See Exact Software N. Am., Inc.*, 718 F.3d at 540; *see also Dillon-Barber v. Regents of the Univ. of Mich.*, 51 F. App'x 946, 951 (6th Cir. 2002).  Because there are no issues remaining in this case, the Court **DIRECTS** the Clerk of Court to close the case.

    IT IS SO ORDERED.

s/ Katherine A. Crytzer<br>
KATHERINE A. CRYTZER<br>
United States District Judge