UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| MICHAEL DARNEL BRANTLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:22-CV-168-KAC-JEM |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| Defendant. | ) | |

# JUDGMENT

Pursuant to the "Order Closing Case" [Doc. 28], the last portion of this action is **DISMISSED** with prejudice. The Clerk is **DIRECTED** to close the case.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT